# Schedule A

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | TM Used | (C) Used |
|---|---|---|---|---|---|---|
| 1 | Alibaba | Shantou Chenghai He Ye Toys Firm | heyetoy | 1601296386797 | Uzzle | TRUE |
| 2 | Aliexpress | UNGH Official Store | 1102667162 | 3256808096250718 | Uzzle | TRUE |
| 3 | Aliexpress | Wis And Hap Land Store | 1102673668 | 3256808190265300 | Uzzle | TRUE |
| 4 | Aliexpress | riceblock Block Store | 1102964335 | 3256808099686564 | Uzzle | TRUE |
| 5 | Aliexpress | Anime toy series Store | 1103027044 | 3256808122587461 | Uzzle | TRUE |
| 6 | Aliexpress | Cn1086289450-5fxaae Store | 1103679583 | 3256808089488773 | Uzzle | TRUE |
| | | | | 3256808106329966 | Uzzle | TRUE |
| 7 | Aliexpress | Shop1103685305 Store | 1103683341 | 3256808148064595 | Uzzle | TRUE |
| 8 | Aliexpress | ET General Store | 1103718073 | 3256808071031476 | Uzzle | TRUE |
| 9 | Aliexpress | Shop1104032430 Store | 1104026489 | 3256808105186444 | Uzzle | TRUE |
| 10 | Aliexpress | Shop1104266681 Store | 1104278648 | 3256808189964890 | Uzzle | TRUE |
| 11 | Aliexpress | Shop1104298824 Store | 1104298825 | 3256808122165288 | Uzzle | TRUE |
| | | | | 3256808128344708 | Uzzle | TRUE |
| 12 | Aliexpress | Sean Club Store | 1104306832 | 3256808032121058 | Uzzle | TRUE |
| 13 | Aliexpress | Fidget Toys Dropshipping Store | 1102142095 | 3256808017790383 | Uzzle | TRUE |
| 14 | Aliexpress | Ky Toys Store | 1102253813 | 3256807985756008 | Uzzle | TRUE |
| 15 | Aliexpress | riceblock Official Store | 1102546039 | 3256808099621619 | Uzzle | TRUE |
| 16 | Aliexpress | Life-1985 Store | 1102815236 | 3256808107093481 | Uzzle | TRUE |
| 17 | Aliexpress | Shop1102832318 Store | 1102826934 | 3256808078530165 | Uzzle | TRUE |
| 18 | Aliexpress | Masaka Store | 1102830362 | 3256807938855658 | Uzzle | TRUE |
| 19 | Aliexpress | Shop1102342075 Store | 1102878156 | 3256808110056826 | Uzzle | TRUE |
| 20 | Aliexpress | Shop1102894869 Store | 1102889855 | 3256807973087744 | Uzzle | TRUE |
| 21 | Aliexpress | Shop1103017391 Store | 1103015389 | 3256807996736313 | Uzzle | FALSE |
| 22 | Aliexpress | Shop1103136076 Store | 1103140083 | 3256808091336792 | Uzzle | TRUE |
| 23 | Aliexpress | Shop1103370074 Store | 1103376083 | 3256808026567549 | Uzzle | TRUE |
| 24 | Aliexpress | Exquisite Jewatchyer Store | 1103473055 | 3256808018864451 | Uzzle | TRUE |
| 25 | Aliexpress | HOLY Dropshipping Store | 1103508338 | 3256807962454262 | Uzzle | TRUE |
| 26 | Aliexpress | Shop1103554262 Store | 1103562287 | 3256808026363966 | Uzzle | TRUE |
| 27 | Aliexpress | 3 Cn1083050029swmae Store | 1103575301 | 3256808083997334 | Uzzle | TRUE |
| 28 | Aliexpress | 4 Cn1083098031sekae Store | 1103580312 | 3256808091513891 | Uzzle | TRUE |
| 29 | Aliexpress | Shop1103681037 Store | 1103681038 | 3256808070556541 | Uzzle | TRUE |
| | | | | 3256808076692114 | Uzzle | TRUE |
| 30 | Aliexpress | Shop1103707352 Store | 1103714377 | 3256808026810419 | Uzzle | TRUE |
| | | | | 3256808026879373 | Uzzle | TRUE |
| | | | | 3256808026881350 | Uzzle | TRUE |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | Aliexpress | Shop1103716279 Store | 1103716280 | 3256808026906354 | Uzzle | TRUE |
| | | | | 3256808026914299 | Uzzle | TRUE |
| | | | | 3256808026921279 | Uzzle | TRUE |
| 32 | Aliexpress | Shop1103729120 Store | 1103726113 | 3256808092032899 | Uzzle | TRUE |
| 33 | Aliexpress | New Exotic Store | 1103736283 | 3256808135503701 | Uzzle | TRUE |
| 34 | Aliexpress | Shop1103786096 Store | 1103796014 | 3256808084196587 | Uzzle | TRUE |
| 35 | Aliexpress | Shop1103876014 Store | 1103854953 | 3256808034552708 | Uzzle | TRUE |
| | | | | 3256808034655576 | Uzzle | TRUE |
| 36 | Aliexpress | Home Decor 999 Store | 1103862728 | 3256807955811458 | Uzzle | TRUE |
| 37 | Aliexpress | Home Drop Store | 1103865791 | 3256807962322290 | Uzzle | TRUE |
| 38 | Aliexpress | Shop1103908012 Store | 1103906026 | 3256808011067006 | Uzzle | TRUE |
| 39 | Aliexpress | Shop1103935228 Store | 1103937206 | 3256807962484159 | Uzzle | TRUE |
| 40 | Aliexpress | Shop1103939481 Store | 1103944465 | 3256808089472772 | Uzzle | TRUE |
| 41 | Aliexpress | Shop1103953201 Store | 1103945451 | 3256808089639557 | Uzzle | TRUE |
| 42 | Aliexpress | Shop1103987168 Store | 1103993011 | 3256808026569114 | Uzzle | TRUE |
| | | | | 3256808026575633 | Uzzle | TRUE |
| | | | | 3256808026635528 | Uzzle | TRUE |
| 43 | Aliexpress | Shop1103999003 Store | 1103995006 | 3256808026640517 | Uzzle | TRUE |
| | | | | 3256808026864402 | Uzzle | TRUE |
| | | | | 3256808026874398 | Uzzle | TRUE |
| 44 | Aliexpress | Shop1103994875 Store | 1103998892 | 3256808117036224 | Uzzle | TRUE |
| 45 | Aliexpress | Shop1104001791 Store | 1104009676 | 3256808081109437 | Uzzle | TRUE |
| 46 | Aliexpress | Shop1104036853 Store | 1104035841 | 3256807913398492 | Uzzle | TRUE |
| 47 | Aliexpress | Shop1104042069 Store | 1104047036 | 3256808026521821 | Uzzle | TRUE |
| | | | | 3256808091996416 | Uzzle | TRUE |
| 48 | Aliexpress | Shop1104060817 Store | 1104058759 | 3256808078002077 | Uzzle | TRUE |
| | | | | 3256808078365571 | Uzzle | TRUE |
| 49 | Aliexpress | CuteCorner Store | 1104065937 | 3256808011179720 | Uzzle | TRUE |
| 50 | Aliexpress | Shop1104065319 Store | 1104069202 | 3256808011046032 | Uzzle | TRUE |
| 51 | Aliexpress | Lucky You 888 Store | 1104108791 | 3256807962087015 | Uzzle | TRUE |
| 52 | Aliexpress | Lucky Grapefruit Store | 1104117481 | 3256808048442443 | Uzzle | TRUE |
| 53 | Aliexpress | Shop1104197538 Store | 1104193562 | 3256807960860491 | Uzzle | TRUE |
| 54 | Aliexpress | Homely Dropshipping Store | 1104271933 | 3256807962716731 | Uzzle | TRUE |
| 55 | Aliexpress | Shop1104337069 Store | 1104344055 | 3256808031003633 | Uzzle | FALSE |
| 56 | Aliexpress | LC Toys Store | 1104381042 | 3256808099506996 | Uzzle | TRUE |
| 57 | Aliexpress | Shop1104398452 Store | 1104401412 | 3256808090031215 | Uzzle | TRUE |
| 58 | eBay | 2025memberstore | 2025memberstore | 315903877028 | Uzzle | TRUE |
| | | | | 315985473739 | Uzzle | TRUE |
| 59 | eBay | almercy | almercy | 305948193161 | Uzzle | TRUE |
| 60 | eBay | an.yu*zhen / an.yu_zhen | an.yu_zhen | 226470125584 | Uzzle | TRUE |

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | eBay | baizhi1027 | baizhi1027 | 387639208328 | Uzzle | TRUE |
| 62 | eBay | chen--long | chen--long | 375717239009 | Uzzle | TRUE |
| 63 | eBay | exakthks88 | exakthks88 | 395920260528 | Uzzle | TRUE |
| 64 | eBay | flagship2025 | flagship2025 | 395926947080 | Uzzle | FALSE |
| 65 | eBay | geaakeme | geaakeme | 167115179145 | Uzzle | TRUE |
| 66 | eBay | guangzhouyueshijizh0 | guangzhouyueshijizh0 | 395963612143 | Uzzle | TRUE |
| 67 | eBay | helenhomefurnishing | helenhomefurnishing | 235897589053 | Uzzle | TRUE |
| 68 | eBay | hongri2 | hongri2 | 395947445529 | Uzzle | TRUE |
| 69 | eBay | KYRIETESCO | kyrietesco | 156570966729 | Uzzle | TRUE |
| | | | | 156570967136 | Uzzle | TRUE |
| 70 | eBay | li.xioalomg688 | li.xioalomg688 | 365237319651 | Uzzle | TRUE |
| 71 | eBay | lijac_4547 | lijac4547 | 296832156281 | Uzzle | TRUE |
| 72 | eBay | muhamadha071 | muhamadha071 | 156546414664 | Uzzle | TRUE |
| 73 | eBay | norfadzl-33 | norfadzl-33 | 335694718799 | Uzzle | TRUE |
| 74 | eBay | omelethow | omelethow | 356261822013 | Uzzle | TRUE |
| 75 | eBay | qa2000 | qa2000 | 315988945138 | Uzzle | TRUE |
| 76 | eBay | Qualityuppermost | qualityuppermost | 186853746555 | Uzzle | TRUE |
| 77 | eBay | risilirosy | risilirosy | 316165149767 | Uzzle | TRUE |
| 78 | eBay | TimeNest | ritaryed99 | 146141392841 | Uzzle | TRUE |
| 79 | eBay | sand_6006 | sand_6006 | 305925326079 | Uzzle | TRUE |
| 80 | eBay | seeread92 | seeread92 | 296828261851 | Uzzle | TRUE |
| 81 | eBay | Senshop2025 | senshop2025 | 356338707696 | Uzzle | TRUE |
| 82 | eBay | starskyhine | starskyhine | 135445328564 | Uzzle | TRUE |
| 83 | eBay | sunyimeng | sunyimeng | 356240897672 | Uzzle | TRUE |
| 84 | eBay | szd_tools | szd_tools | 135391018475 | Uzzle | TRUE |
| 85 | eBay | NewChristmas | toyfrse14 | 196810044042 | Uzzle | TRUE |
| 86 | eBay | tranquill | tranquill | 365320590605 | Uzzle | TRUE |
| 87 | eBay | WWGO8 | wwgo8 | 176695938951 | Uzzle | TRUE |
| 88 | eBay | xili-9015 | xili-9015 | 356322763640 | Uzzle | TRUE |
| | | | | 356322774994 | Uzzle | TRUE |
| | | | | 356322777567 | Uzzle | TRUE |
| 89 | Temu | Chen Fei home arts and crafts | 1582388377105 | 601099899728617 | Uzzle | TRUE |
| 90 | Temu | Camdem | 634418211875918 | 601099864372669 | Uzzle | TRUE |
| 91 | Temu | YiBaobao Cat | 634418212074318 | 601099867645675 | Uzzle | TRUE |
| 92 | Temu | QGDD | 634418212372146 | 601099883626915 | Uzzle | TRUE |
| 93 | Temu | Three Swordsmen Good Goods | 634418212942780 | 601099896854345 | Uzzle | FALSE |
| 94 | Temu | Raybin Homewares | 634418213994246 | 601099900248862 | Uzzle | TRUE |
| 95 | Temu | Yidu Outdoor | 634418214279443 | 601099883290806 | Uzzle | TRUE |
| 96 | Temu | Y Commodity Home | 634418215381806 | 601099915536648 | Uzzle | TRUE |

| | | | | | | |
|---|---|---|---|---|---|---|
| 97 | Temu | KAI HH wall art | 634418215942840 | 601099872347217 | Uzzle | TRUE |
| 98 | Temu | Ya Zhuo | 634418216022355 | 601099913824056 | Uzzle | TRUE |
| 99 | Temu | EthereaLuxe | 634418216692065 | 601099901489248 | Uzzle | TRUE |
| 100 | Temu | Magical cleanse | 634418216985892 | 601099904311028 | Uzzle | TRUE |
| 101 | Temu | Ocean Blue Sky | 634418217233167 | 601099894355410 | Uzzle | TRUE |
| 102 | Temu | yijiaxinyang | 634418217704393 | 601099938537622 | Uzzle | TRUE |
| 103 | Temu | GOGOQ | 634418218142820 | 601099873179255 | Uzzle | TRUE |
| 104 | Temu | Ryss toys | 634418218552431 | 601099879773645 | Uzzle | TRUE |
| 105 | Temu | Quan Ying | 634418218645557 | 601099929757745 | Uzzle | TRUE |
| 106 | Temu | ONEFIREES | 634418218647931 | 601099864149707 | Uzzle | TRUE |
| 107 | Temu | TZTW TOYS | 634418218776130 | 601099879711766 | Uzzle | TRUE |
| 108 | Temu | mixier | 634418218870391 | 601099938532937 | Uzzle | TRUE |
| 109 | Temu | Mondayxiongbaobao | 634418218954536 | 601099908725330 | Uzzle | TRUE |
| 110 | Temu | FEIFAN TOYS | 634418219036216 | 601099858602635 | Uzzle | TRUE |
| 111 | Temu | Board Game Boutique | 634418219036516 | 601099930664327 | Uzzle | TRUE |
| 112 | Temu | Super toy looby | 634418219052517 | 601099844115324 | Uzzle | TRUE |
| 113 | Temu | Cindra shop | 634418219147239 | 601099882900572 | Uzzle | TRUE |
| 114 | Temu | Dennis COCO | 634418219321514 | 601099923195882 | Uzzle | TRUE |
| 115 | Temu | Kaspar UMI | 634418219506603 | 601099881826624 | Uzzle | TRUE |
| 116 | Temu | Feitian Elephant Shop | 634418219629256 | 601099930893233 | NA | TRUE |
| 117 | Temu | BasicsForHome | 634418219676721 | 601099931578444 | Uzzle | TRUE |
| 118 | Temu | Cheap and GoodQuality | 634418219712344 | 601099900154399 | Uzzle | TRUE |
| 119 | Temu | SH GT | 634418219974248 | 601099918865259 | Uzzle | TRUE |
| 120 | Temu | money drawing u | 634418219976730 | 601099936625035 | Uzzle | TRUE |
| 121 | Temu | MONSTER EQUIPS | 634418212097026 | 601099792457207 | Uzzle | TRUE |
| 122 | Temu | forkidschil | 634418214185089 | 601099822758010 | Uzzle | TRUE |
| 123 | Temu | aromatherapy inventor | 7624194534 | 601099858383925 | Uzzle | TRUE |
| 124 | Walmart | Shellbot | 101089351 | 7138212538 | Uzzle | TRUE |
| 125 | Walmart | VIG MALL | 101564296 | 14430574149 | Uzzle | TRUE |
| | | | | 14573558389 | Uzzle | TRUE |
| | | | | 14580218067 | Uzzle | TRUE |
| | | | | 13012172486 | Uzzle | TRUE |
| | | | | 14161002105 | Uzzle | TRUE |
| | | | | 14203366324 | Uzzle | TRUE |
| | | | | 14232972492 | Uzzle | TRUE |
| | | | | 14237922372 | Uzzle | TRUE |
| | | | | 14238917329 | Uzzle | TRUE |
| | | | | 14240852077 | Uzzle | TRUE |
| | | | | 14245018438 | Uzzle | TRUE |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 14245151902 | Uzzle | TRUE |
| | | | | 14251013672 | Uzzle | TRUE |
| | | | | 14268322883 | Uzzle | TRUE |
| | | | | 14268472226 | Uzzle | TRUE |
| | | | | 14287758380 | Uzzle | TRUE |
| | | | | 14295259199 | Uzzle | TRUE |
| | | | | 14295359719 | Uzzle | TRUE |
| | | | | 14304902736 | Uzzle | TRUE |
| | | | | 14308258133 | Uzzle | TRUE |
| | | | | 14313261279 | Uzzle | TRUE |
| | | | | 14320219444 | Uzzle | TRUE |
| | | | | 14322656669 | Uzzle | TRUE |
| | | | | 14333260636 | Uzzle | TRUE |
| | | | | 14347921928 | Uzzle | TRUE |
| | | | | 14350209652 | Uzzle | TRUE |
| | | | | 14362154303 | Uzzle | TRUE |
| | | | | 14364368662 | Uzzle | TRUE |
| | | | | 14364768939 | Uzzle | TRUE |
| | | | | 14367003281 | Uzzle | TRUE |
| | | | | 14374706980 | Uzzle | TRUE |
| | | | | 14382365136 | Uzzle | TRUE |
| | | | | 14386455227 | Uzzle | TRUE |
| | | | | 14396317598 | Uzzle | TRUE |
| | | | | 14430550013 | Uzzle, Stack Royale | TRUE |
| | | | | 14430574359 | Uzzle | TRUE |
| | | | | 14446904645 | Uzzle | TRUE |
| | | | | 14533822182 | Uzzle | TRUE |
| | | | | 14562224179 | Uzzle | TRUE |
| | | | | 14564000251 | Uzzle | TRUE |
| | | | | 14564100156 | Uzzle | TRUE |
| | | | | 14564200054 | Uzzle | TRUE |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 14567671895 | Uzzle | TRUE |
| | | | | 14568667723 | Uzzle | TRUE |
| | | | | 14573558110 | Uzzle | TRUE |
| | | | | 14576704321 | Uzzle | TRUE |
| | | | | 14578912450 | Uzzle | TRUE |
| | | | | 14578912452 | Uzzle | TRUE |
| | | | | 14579964848 | Uzzle | TRUE |
| | | | | 14580014660 | Uzzle | TRUE |
| | | | | 14580014664 | Uzzle | TRUE |
| | | | | 14580064670 | Uzzle | TRUE |
| | | | | 14580218063 | Uzzle | TRUE |
| | | | | 14580218065 | Uzzle | TRUE |
| | | | | 14581661642 | Uzzle | TRUE |
| | | | | 14581661648 | Uzzle | TRUE |
| | | | | 14586303416 | Uzzle | TRUE |
| | | | | 14586970427 | Uzzle | TRUE |
| | | | | 14586970948 | Uzzle | TRUE |
| | | | | 14599805182 | Uzzle | TRUE |
| | | | | 14609965512 | Uzzle | TRUE |
| | | | | 14688063684 | Uzzle | TRUE |
| 126 | Walmart | ManYuanPeiShangMao | 101585387 | 14245151902 | Uzzle | TRUE |
| | | | | 14448760073 | Uzzle | TRUE |
| | | | | 14699371235 | Uzzle | TRUE |
| | | | | 14737961010 | Uzzle | TRUE |
| | | | | 14744755046 | Uzzle | TRUE |
| | | | | 14804813357 | Uzzle | TRUE |
| 127 | Walmart | Tysmin | 101608843 | 14215062884 | Uzzle | TRUE |
| | | | | 14220109588 | Uzzle | TRUE |
| | | | | 14239650136 | Uzzle | TRUE |
| | | | | 14314208175 | Uzzle | TRUE |
| | | | | 14408713308 | Uzzle | TRUE |
| 128 | Walmart | Bigwheat | 101612076 | 742286204 | Uzzle | TRUE |
| 129 | Walmart | Home decorstore | 101628802 | 14269063948 | Uzzle | TRUE |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 14430614593 | Uzzle | TRUE |
| 130 | Walmart | Xinhuanchu | 101645361 | 13012172486 | Uzzle | TRUE |
| | | | | 14251013672 | Uzzle | TRUE |
| | | | | 14405573376 | Uzzle | TRUE |
| | | | | 14688063684 | Uzzle | TRUE |
| 131 | Walmart | Drses Clothing | 101663304 | 14204162182 | Uzzle | TRUE |
| | | | | 265623350 | Uzzle, Stack Royale | FALSE |
| 132 | Walmart | zsdkjqec | 102477727 | 742286204 | Uzzle | TRUE |
| 133 | Walmart | Dissolve Heart | 102478963 | 14331816449 | Uzzle | TRUE |
| | | | | 14376566618 | Uzzle | TRUE |
| 134 | Walmart | jw TEO | 102480727 | 14374706980 | Uzzle | TRUE |
| | | | | 14863016747 | Uzzle | TRUE |
| | | | | 14935405183 | Uzzle | TRUE |
| | | | | 14148771232 | Uzzle | TRUE |
| | | | | 14250018810 | Uzzle, Stack Royale | TRUE |
| | | | | 14313570659 | Uzzle | TRUE |
| | | | | 14322656669 | Uzzle | TRUE |
| | | | | 14396666309 | Uzzle | TRUE |
| | | | | 14688063684 | Uzzle | TRUE |
| | | | | 14694072254 | Uzzle | TRUE |
| | | | | 14891019371 | Uzzle | TRUE |
| | | | | 14912314078 | Uzzle | TRUE |
| | | | | 7138212538 | Uzzle | TRUE |
| | | | | 742286204 | Uzzle | TRUE |
| 135 | Walmart | SFEXphe | 102489332 | 14431071017 | Uzzle | TRUE |
| 136 | Walmart | HONGYOHE | 102494066 | 14250018810 | Uzzle | TRUE |
| | | | | 14485069436 | Uzzle | TRUE |
| 137 | Walmart | SHUANgsn | 102497256 | 14413921623 | Uzzle | TRUE |
| | | | | 14415308363 | Uzzle | TRUE |
| | | | | 14427302421 | Uzzle | TRUE |
| | | | | 14430618734 | Uzzle | TRUE |
| | | | | 14454115864 | Uzzle | TRUE |
| 128 | Walmart | OLWECY | 102498728 | 14848068932 | Uzzle | TRUE |

| | | | | | | |
|---|---|---|---|---|---|---|
| 139 | Walmart | REDWANES | 102514691 | 14431071017 | Uzzle | TRUE |
| 140 | Walmart | RockBoy | 102627771 | 14367003281 | Uzzle | TRUE |
| | | | | 14374706980 | Uzzle, Stack Royale | TRUE |
| 141 | Walmart | CHEN GJI | 102634054 | 14612154019 | Uzzle | TRUE |
| 142 | Walmart | pweioll | 102635446 | 14412918756 | Uzzle | TRUE |
| | | | | 14445552140 | Uzzle | TRUE |
| | | | | 14449568240 | Uzzle | TRUE |
| | | | | 14449568242 | Uzzle | TRUE |
| | | | | 14459757640 | Uzzle | TRUE |
| | | | | 14459757642 | Uzzle | TRUE |
| | | | | 14459807360 | Uzzle | TRUE |
| | | | | 14466205459 | Uzzle, Stack Royale | FALSE |
| | | | | 14466855301 | Uzzle | TRUE |
| | | | | 14466965405 | Uzzle | TRUE |
| 143 | Walmart | LoTiSee | 101191643 | 14398408623 | Uzzle | TRUE |
| 144 | Walmart | JHOMERIT | 101588038 | 14288521291 | Uzzle | TRUE |
| 145 | Walmart | YQStore | 101590211 | 14158822471 | Uzzle | TRUE |
| 146 | Walmart | ffsNRL | 101611686 | 14204162182 | Uzzle | TRUE |
| 147 | Walmart | YHJSGKJ | 101611939 | 14366705317 | Uzzle, Stack Royale | FALSE |
| 148 | Walmart | Sakupycq | 101612606 | 14250018810 | Uzzle | TRUE |
| 149 | Walmart | HaiQingChun | 101618157 | 14622161503 | Uzzle, Stack Royale | FALSE |
| 150 | Walmart | WeiFangMiChengShang | 101618242 | 14239650136 | Uzzle | TRUE |
| 151 | Walmart | DGHPTJBH | 101622228 | 14764371618 | Uzzle | TRUE |
| 152 | Walmart | GDBTDIAN | 101622326 | 14244973779 | Uzzle | TRUE |
| 153 | Walmart | GGBAO | 101630038 | 14342314234 | Uzzle | TRUE |
| 154 | Walmart | QuLuJing | 101633767 | 14424500793 | Uzzle | TRUE |
| 155 | Walmart | Fuousro | 101640855 | 14357968335 | Uzzle | TRUE |
| 156 | Walmart | Luanqing Co., LTD | 101654829 | 14314852729 | Uzzle | TRUE |
| 157 | Walmart | NUIgan INC | 101655880 | 742286204 | Uzzle | TRUE |
| 158 | Walmart | CBYHMELIVE | 101656042 | 742286204 | Uzzle | TRUE |
| 159 | Walmart | FACAIII | 101659811 | 742286204 | Uzzle | TRUE |
| 160 | Walmart | LHTGBHGSS | 101662170 | 14283061919 | Uzzle | TRUE |
| | | | | 14305010090 | Uzzle | TRUE |
| 161 | Walmart | Liesiay | 101668595 | 14252873186 | Uzzle | TRUE |
| | | | | 14287513020 | Uzzle | TRUE |
| 162 | Walmart | HWOAHHHWU | 101673689 | 14232972492 | Uzzle | TRUE |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 14250018810 | Uzzle | TRUE |
| | | | | 14264469359 | Uzzle | TRUE |
| | | | | 14291621951 | Uzzle | TRUE |
| | | | | 14291621957 | Uzzle | TRUE |
| | | | | 14322656669 | Uzzle | TRUE |
| 163 | Walmart | YOHGhfjj | 101673839 | 14232972492 | Uzzle | TRUE |
| | | | | 14250018810 | Uzzle | TRUE |
| | | | | 14304902736 | Uzzle | TRUE |
| | | | | 14313261279 | Uzzle | TRUE |
| 164 | Walmart | JIACOE | 101674326 | 14196219985 | Uzzle | TRUE |
| | | | | 14270315118 | Uzzle | TRUE |
| 165 | Walmart | kunmingbianbinshangmaoyouxiangongsi | 101676350 | 14282658732 | Uzzle | TRUE |
| 166 | Walmart | LUNUAOE | 101676379 | 14269674104 | Uzzle | TRUE |
| | | | | 14273409820 | Uzzle | TRUE |
| | | | | 14287858713 | Uzzle | TRUE |
| | | | | 14347921928 | Uzzle | TRUE |
| | | | | 14362154303 | Uzzle | TRUE |
| | | | | 14369269296 | Uzzle | TRUE |
| 167 | Walmart | AOLANGWEI | 101678152 | 14126452220 | Uzzle | TRUE |
| | | | | 14193600031 | Uzzle | TRUE |
| | | | | 14419263714 | Uzzle | TRUE |
| 168 | Walmart | GENGAZ | 101678997 | 14330012479 | Uzzle | TRUE |
| 169 | Walmart | SRIENE | 101679056 | 14291919473 | Uzzle | TRUE |
| 170 | Walmart | MGhaab | 101679170 | 14313169034 | Uzzle | TRUE |
| 171 | Walmart | LYNDZGS | 101680714 | 14232972492 | Uzzle | TRUE |
| 172 | Walmart | WEICHUYU | 101680958 | 14202361096 | Uzzle | TRUE |
| 173 | Walmart | qinshafuzhuang | 101681658 | 14342872906 | Uzzle | TRUE |
| 174 | Walmart | guangzhouhanyongqikejiyouxiangongsi | 101687173 | 14278452928 | Uzzle | TRUE |
| 175 | Walmart | SHEYON BEAUTY INC | 101695483 | 742286204 | Uzzle | TRUE |
| 176 | Walmart | Gasue | 101695541 | 14362154303 | Uzzle | TRUE |
| 177 | Walmart | XHXGZ | 102476985 | 14193600031 | Uzzle | TRUE |
| | | | | 14215062884 | Uzzle | TRUE |
| 178 | Walmart | Yanzhi Toys Co., Ltd. | 102479151 | 14255920501 | Uzzle | TRUE |
| 179 | Walmart | YYMU LTD | 102481253 | 14344922221 | Uzzle, Stack Royale | FALSE |
| 180 | Walmart | Dyue | 102481307 | 7138212538 | Uzzle | TRUE |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 14430574359 | Uzzle | TRUE |
| | | | | 14454753052 | Uzzle, Stack Royale | TRUE |
| | | | | 14463507455 | Uzzle | TRUE |
| 181 | Walmart | qixuywhe | 102483834 | 14319206919 | Uzzle | TRUE |
| 182 | Walmart | SHEN yan | 102483847 | 14417224153 | Uzzle, Stack Royale | FALSE |
| 183 | Walmart | Hekwup | 102483855 | 14525810563 | Uzzle, Stack Royale | FALSE |
| 184 | Walmart | YueheClothing | 102484916 | 14189321121 | Uzzle | TRUE |
| 185 | Walmart | Holiday Haven Co. Ltd | 102486296 | 14397771871 | Uzzle | TRUE |
| | | | | 14430617317 | Uzzle | FALSE |
| 186 | Walmart | YUYXEdc | 102486325 | 14292622230 | Uzzle | TRUE |
| 187 | Walmart | SKYUNANE | 102487777 | 14250018810 | Uzzle | TRUE |
| 188 | Walmart | LOEYUNYE | 102487999 | 14229071229 | Uzzle | TRUE |
| 189 | Walmart | CHENGM | 102489861 | 14319858381 | Uzzle | TRUE |
| 190 | Walmart | WAHIOHHUW | 102491275 | 14349103308 | Uzzle, Stack Royale | FALSE |
| 191 | Walmart | LEANYIXAR | 102495081 | 742286204 | Uzzle | TRUE |
| | | | | 13012172486 | Uzzle | TRUE |
| 192 | Walmart | Koocovel | 102498465 | 14670024219 | Uzzle | TRUE |
| 193 | Walmart | GAFICO | 102503912 | 14243808425 | Uzzle | TRUE |
| 194 | Walmart | jiangwenjudian | 102507673 | 14358801387 | Uzzle | TRUE |
| 195 | Walmart | Myzhe | 102508902 | 14696308419 | Uzzle | TRUE |
| 196 | Walmart | shengyali | 102509691 | 14257006466 | Uzzle | TRUE |
| 197 | Walmart | Ridiculous Bastard | 102509828 | 14229071229 | Uzzle | TRUE |
| | | | | 14250018810 | Uzzle | TRUE |
| 198 | Walmart | Junchimaoyi | 102514222 | 14239966737 | Uzzle | TRUE |
| 199 | Walmart | Gomind | 102514612 | 14594661983 | Uzzle, Stack Royale | FALSE |
| 200 | Walmart | YvLvvL | 102515880 | 14320608995 | Uzzle | TRUE |
| 201 | Walmart | zicobood | 102516457 | 14380015541 | Uzzle | TRUE |
| 202 | Walmart | Larlik | 102520782 | 14256519745 | Uzzle | TRUE |
| 203 | Walmart | Gomind Toys | 102523635 | 14671303043 | Uzzle | TRUE |
| 204 | Walmart | RuiMaMa | 102555797 | 14309474937 | Uzzle | TRUE |
| 205 | Walmart | Hongservice | 102568430 | 14250018810 | Uzzle | TRUE |
| 206 | Walmart | Toyeng | 102587378 | 14263101586 | Uzzle | TRUE |
| 207 | Walmart | EUEAAXXV | 102611395 | 14501101905 | Uzzle, Stack Royale | FALSE |
| 208 | Walmart | WENQUNF | 102618624 | 14440055160 | Uzzle | TRUE |
| 209 | Walmart | FluffBox | 102626694 | 14212613249 | Uzzle | TRUE |
| 210 | Walmart | Shi shai market | 102630387 | 742286204 | Uzzle | TRUE |
| 211 | Walmart | PJRYC | 102631020 | 14468217181 | Uzzle | TRUE |

| | | | | | | |
|---|---|---|---|---|---|---|
| 212 | Walmart | QIOIUPZ | 102634080 | 14310117512 | Uzzle | TRUE |
| 213 | Walmart | UGEASLI | 102634815 | 14220723123 | Uzzle | TRUE |
| | | | | 14251170625 | Uzzle | TRUE |
| 214 | Walmart | Luo Fashion Toys | 102636707 | 14264900025 | Uzzle | TRUE |
| 215 | Walmart | Charlodey | 102636742 | 14268165180 | Uzzle | TRUE |
| 216 | Walmart | AZIUHA88 | 102636882 | 14244564571 | Uzzle | TRUE |
| 217 | Walmart | Hyrbek | 102644188 | 14336724587 | Uzzle | TRUE |
| 218 | Walmart | Willingnian Toys | 102644224 | 14252363296 | Uzzle, Stack Royale | TRUE |